**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Athelualdo Lopez ORTEGA,**
**Defendant—Appellant.**

**No. 07–10422.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 14, 2008.*

Filed July 21, 2008.

C. David Hall, Esq., Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Christopher J. Cannon, Esq., Sugarman & Cannon, San Francisco, CA, for Defendant–Appellant.

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

MEMORANDUM **

The parties' joint motion for remand is granted, and defendant's conviction and sentence are vacated.

This appeal is remanded to the district court for the purpose of allowing the government to move to dismiss the indictment with prejudice in the district court.

**VACATED and REMANDED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

